UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONOVAN LEE BILLIOT                                           CIVIL ACTION

VERSUS                                                                       NO. 25-1402

TERREBONNE PARISH CRIMINAL                          SECTION M (5)
JUSTICE COMPLEX, ET AL.

## ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and plaintiff's failure to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that plaintiff's federal civil rights claims are dismissed with prejudice as frivolous and for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 11th day of August, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 4.